AO 91 (Rev. 11/11) Criminal Complaint

**U.S. DISTRICT COURT - N.D. OF N.Y.**
**FILED**
**OCT 1·4 2025**
AT_____ O'CLOCK
John M. Domurad, Clerk - Plattsburgh

# UNITED STATES DISTRICT COURT
### for the
### Northern District of New York

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| **v.** | ) |
| | )    Case No.   8:25-MJ-332 (GLF) |
| **Dorney Dorsainvil,** | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| **Defendant.** | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of October 11, 2025, in the county of Clinton in the Northern District of New York the defendants violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1324(a)(1)(A)(ii) | The Defendant, knowing and in reckless disregard of the fact that an alien has come to, entered, and remained in the United States in violation of law, did transport, move and attempt to transport and move, such alien within the United States by means of transportation or otherwise in furtherance of such violation of law. |

This criminal complaint is based on these facts:

☒    Continued on the attached sheet.

_Dylan J. Thomas_      10/13/2025 @1:38 P.M.
_Complainant's signature_

U.S. Border Patrol Agent Dylan J. Thomas
_Printed name and title_

Attested to by the Affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date:    _Oct. 14, 2025_

_Gary L. Favro_
_Judge's signature_

City and State:    Plattsburgh, New York

Hon. Gary L. Favro, U.S. Magistrate Judge
_Printed name and title_

*Continuation Sheet, United States v.* **Dorney Dorsainvil.**

This criminal complaint is based on the following facts:

On October 11, 2025, at approximately 3:10 A.M., Border Patrol Agents assigned to the Burke Border Patrol Station detected a small Ford SUV that appeared to be from out of state while monitoring border security equipment via service issued laptops. At roughly the same time that agents noticed the Ford SUV, an individual was detected crossing the U.S./Canada international boundary line, walking southbound in Churubusco, NY. Based on the experience of the agents, there was a high likelihood that the Ford SUV was likely the pickup vehicle for the individual detected crossing the border. Agents positioned themselves along NY State Route 189 in anticipation of the Ford SUV passing by, as this is a common route of travel for smuggling activity in the Churubusco area. As suspected, the Ford SUV passed the agents' position, continuing northbound where it was then detected travelling westbound onto Frontier Road and then then northbound onto Pete Leclair Road. Pete Leclair Road is an unimproved dirt camp road approximately one-quarter of a mile from the U.S./ Canada international boundary line and is in the immediate area of where border security equipment detected the individual that had crossed the border.

Agents waited for the vehicle to exit Pete Leclair Road. Approximately 40 minutes later, a male individual was detected via border security equipment walking northbound towards the U.S./Canada international boundary. It appeared that he crossed the border northbound into Canada. About five minutes later, he was detected walking back southbound into the United States with a second individual, who appeared to be the same individual earlier detected on camera walking southbound.

Approximately 40 minutes later, the Ford SUV was detected travelling back southbound on Pete Leclair Road towards Frontier Road. Agents pulled up to the road and shined their headlights and emergency take-down lights across NY State Route 189 to illuminate the vehicle. As the vehicle passed by, agents could see two individuals in the vehicle that appeared to match the border equipment activations detected earlier.

As the Ford SUV, bearing Ohio license plate KPH1780, began driving southbound away from the U.S./Canada international boundary, agents activated their emergency lights and sirens to execute a vehicle stop on NY State Route 189, roughly one-half mile north of NY US-11.

Agents approached the vehicle and instructed the driver, later identified as Dorney DORSAINVIL, to turn off the vehicle. Agents then identified themselves as United States Border Patrol Agents and instructed the passenger in the front seat, later identified as Beatrice BRUNOT, to keep her hands where agents could see them. Agents asked DORSAINVIL where he was coming from at such an early morning hour. DORSAINVIL claimed that they were taking a trip. Agents then asked if they had been out walking in the woods and DORSAINVIL claimed they had not. In plain view, agents could see grass and burdocks on DORSAINVIL's pants. Agents then asked DORSAINVIL if they crossed into Canada and came back and they both claimed they had not. Agents then questioned both occupants of their citizenship and DORSAINVIL answered "We're not citizens." Agents asked for their country of citizenship and DORSAINVIL answered "Haiti."

At this time, DORSAINVIL was advised at this time that he was being placed under arrest for suspicion of alien smuggling. BRUNOT was advised that she was being placed under arrest for suspicion of illegal entry into the United States.

Burke Agents transported both subjects back to the Burke Border Patrol Station for record checks, interviews and processing.

*Continuation Sheet, United States v.* **Dorney Dorsainvil.**

While at the station, biographical information and fingerprints were entered into Department of Homeland Security databases for both subjects. Record checks confirmed information previously gathered roadside. Both subjects were citizens of Haiti with no valid paperwork to be in or remain within the United States.